1  J. EDWARD KERLEY (SBN 175695)
   HEREFORD KERLEY LLP
2  1999 Harrision Street, Suite 1400
   Oakland, California 94612
3  Tel: (510) 379-5801  •  Fax: (510) 228-0350

4  Attorneys for Plantiffs
   BOBBI SIEK and BARBARA MILLER
5

6  DALE A. AMATO, ESQ. (SBN 137965)
   BERGER KAHN
7  A Law Corporation
   10085 Carroll Canyon Road, Suite 210
8  San Diego, CA  92131-1027
   Tel: (858) 547-0075  •  Fax: (858) 547-0175
9
   Attorneys for Defendant
10 FIRST NATIONAL INSURANCE COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBBI SIEK, and individual, and BARBARA MILLER, and individual<br><br>Plaintiffs,<br><br>v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a corporation and DOES 1-50, et. al.,<br><br>Defendants. | CASE NO.: 1:10CV01526 OWW(DLB)<br><br>**JOINT MOTION TO DISMISS AND ORDER THEREON** |

**JOINT MOTION TO DISMISS AND ORDER THEREON**

1  TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN
2  DISTRICT OF CALIFORNIA:

3  This Joint Motion to Dismiss Defendant First National Insurance Company of
4  America, with prejudice, is filed pursuant to Rule 41(a)(1) of the Federal Rules of Civil
5  Procedure.

6  All of the parties who have appeared in this action, through their counsel,
7  stipulate, agree and jointly move this Court for an order as follows:

8  1.  The action shall be dismissed in its entirety, including any and all claims
9  against Defendant First National Insurance Company of America, with prejudice,
10  pursuant to a settlement agreement and release executed on or about October 7, 2010.

11  **PLEASE TAKE FURTHER NOTICE** that the content of this Joint Motion to
12  Dismiss is acceptable to all persons required to sign this document and it has been agreed
13  to all parties required to sign this document that his or her electronic signature can be
14  affixed to this document.

Dated: October 20, 2010                HEREFORD KERLEY LLP

                                       s/J. Edward Kerley
                                       Counsel for Plaintiffs, Bobbi Siek and
                                       Barbara Miller
                                       E-mail: edward@herefordkerley.com

Dated: October 20, 2010                BERGER KAHN

                                       s/Dale A. Amato
                                       Counsel for Defendant First National
                                       Insurance Company of America
                                       E-mail: damato@bergerkahn

///
///
///

**JOINT MOTION TO DISMISS AND ORDER THEREON**

# ORDER

Pursuant to the Joint Motion of the parties, it is hereby ordered that:

1. The case is dismissed in its entirety, including any and all claims against Defendant First National Insurance Company of America, with prejudice.

IT IS SO ORDERED.

Dated: __**October 21, 2010**__    _____**/s/ Oliver W. Wanger**_____
                                                                                   UNITED STATES DISTRICT JUDGE